# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF
REINSTATEMENT OF WILLIAM M.
O'MARA, BAR NO. 837.

No. 75065

**FILED**

APR 1 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## *ORDER APPROVING STIPULATION AND DISMISSING REINSTATEMENT PROCEEDING*

This is an automatic review of a Southern Nevada Disciplinary Board hearing panel's recommendation that this court deny attorney William M. O'Mara's petition for reinstatement.

On March 9, 2018, O'Mara and bar counsel filed a stipulation agreeing to the withdrawal of O'Mara's petition for reinstatement. We approve the stipulation and dismiss this proceeding as moot at this time.

It is so ORDERED.

_____, C.J.
Douglas

_____, J.          _____, J.
Cherry                                   Gibbons

_____, J.          _____, J.
Pickering                              Hardesty

_____, J.          _____, J.
Parraguirre                          Stiglich

18 - 14124

cc: O'Mara Law Firm, P.C.
State Bar of Nevada/Las Vegas

SUPREME COURT
OF
NEVADA

(O) 1947A

2